IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC MATTHEW NEGRIN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:21-CV-269 (MTT) |
| Captain BUSTER KING, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On October 10, 2021, United States Magistrate Judge Charles H. Weigle entered an order and recommendation. Doc. 5. The Magistrate Judge ordered that Plaintiff Eric Matthew Negrin's claims against Defendant Nurse Tina proceed for further factual development and recommended that the claims against Defendants Ford, Marcus, King, and Graham be dismissed without prejudice for failure to plead facts sufficient to state an actionable claim. Doc. 5. Negrin filed an objection on November 19, 2021, in which he asked for leave to supplement his complaint to provide additional facts to support his insufficient claims. Doc. 8. Negrin's request to supplement his complaint is **GRANTED.**

Negrin's supplemental complaint shall take the place of all allegations against Defendants Ford, Marcus, King, and Graham in Negrin's initial complaint. As to those defendants, the Court will therefore consider only the factual allegations and claims contained in Negrin's supplemental complaint; the Court will not consider facts contained in Negrin's initial complaint. (Doc. 1). Any fact Negrin deems necessary to prosecute his claims against Defendants Ford, Marcus, King, and Graham must be

-2-

clearly stated in his supplemental complaint.  Negrin must also rename each defendant he wishes to sue as directed by the Court's standard § 1983 complaint form.  If Negrin fails to link a named defendant to a specific claim, the claim will be dismissed; if Negrin makes no allegations in the body of his supplemental complaint against a named defendant, that defendant will be dismissed.  Negrin's supplemental complaint shall clearly state (1) who Negrin seeks to sue; (2) what each Defendant did (or did not do) to violate his constitutional rights; (3) when and where each action occurred; and (4) how Negrin was injured as a result of each Defendant's actions. Negrin shall have **FOURTEEN (14) DAYS** from the date of this Order to file his supplemental complaint.

Negrin's allegations in his supplemental complaint shall not affect his allegations against Defendant Nurse Tina in his initial complaint, and Defendant Nurse Tina is not required to answer the supplemental complaint.

**SO ORDERED**, this 14th day of January, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
