IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC M NEGRIN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:21-cv-269 (MTT) |
| Captain BUSTER KING, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

United States Magistrate Judge Charles H. Weigle recommends granting the defendants' motions for summary judgment (Docs. 52; 54).  Doc. 62.  Negrin did not respond to the defendants' motions.[1]  *Id*. at 1.  Despite Negrin's failure to respond, the Magistrate Judge considered the merits of the defendants' motion and reviewed the defendants' citations to the record to confirm that there were no disputes of material fact.  *Id*. at 3 n.2.  The Magistrate Judge concluded the undisputed facts demonstrated that the defendants were not deliberately indifferent to Negrin's serious medical need or his safety.  *Id*. at 11-24.  Furthermore, there was no evidence that the defendants retaliated against Negrin.  *Id*.

Negrin does not object to the Recommendation.  Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.[2]  The Court finds

---

[1] The same day the defendants moved for summary judgment the Court sent Negrin a *Griffith* notice advising him of the significance of the defendants' motions.  Doc. 55.

[2] However, even if reviewed de novo, the result would be the same.

-2-

none.  Therefore, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 62) is **ADOPTED** and made the Order of the Court.  Accordingly, the defendants' motions for summary judgment (Docs. 52; 54) are **GRANTED**.

    **SO ORDERED**, this 2nd day of August, 2023.

                                      S/ Marc T. Treadwell
                                      MARC T. TREADWELL, CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT