IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC M. NEGRIN, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-269-MTT |
| | * |
| Captain BUSTER KING, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## JUDGMENT

Pursuant to this Court's Order dated August 2, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 2nd day of August, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk